Filing # 89773985 E-Filed 05/20/2019 11:32:36 AM

## IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
## IN AND FOR MARION COUNTY, FLORIDA

DONAVON C. FLETCHER,

      Plaintiff,

vs.

MANUEL RAMIREZ VALDEZ and
EAGLE TRANSPORTATION, LLC,

      Defendants.

CASE NO.:   2019-CA-000215
SECTION:

_____/

### AMENDED COMPLAINT
### (before Answer)

Plaintiff, DONAVON C. FLETCHER, by and through the undersigned attorney, hereby sues

Defendants, MANUEL RAMIREZ VALDEZ and EAGLE TRANSPORTATION, LLC, and alleges:

### COMMON ALLEGATIONS

    1.    This is an action for damages, which exceed $15,000.00.

    2.    At all times material hereto, Defendant, MANUEL RAMIREZ VALDEZ, was a

resident of Georgia.

    3.    At all times material hereto, Defendant, EAGLE TRANSPORTATION, LLC,

was a foreign corporation doing business in Florida.

    4.    At all times material hereto, Defendant, EAGLE TRANSPORTATION, LLC's,

principle address was 2425 Jenkins Road, Chattanooga, Hamilton County, FL 37421.

    5.    On or about March 19, 2016, Defendant, EAGLE TRANSPORTATION, LLC,

owned a motor vehicle that was operated with its consent by Defendant, MANUEL RAMIREZ

VALDEZ, on State Road 93 in Lake City, Columbia County, Florida.

    6.    At that time and place, MANUEL RAMIREZ VALDEZ, was an employee of

Defendant, EAGLE TRANSPORTATION, LLC

    7.    At that time and place, MANUEL RAMIREZ VALDEZ, was in the course and

scope of his employment by Defendant, EAGLE TRANSPORTATION, LLC

8.      At that time and place, MANUEL RAMIREZ VALDEZ, negligently operated or maintained the motor vehicle so that it collided with the vehicle in which Plaintiff, DONAVON C. FLETCHER, was a passenger.

9.      All conditions precedent to this cause of action have occurred, been performed, or have been waived.

## COUNT I
## (DONAVON C. FLETCHER v. MANUEL RAMIREZ VALDEZ)

10.     Plaintiff, DONAVON C. FLETCHER, realleges paragraphs one (1) through nine (9) as to Defendant, MANUEL RAMIREZ VALDEZ.

11.     As a result of the aforesaid negligence, Plaintiff, DONAVON C. FLETCHER, has suffered bodily injury and/or aggravation of a preexisting condition and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are either permanent or continuing, and Plaintiff, DONAVON C. FLETCHER, will suffer the losses in the future. Some or all of the injuries sustained are permanent within a reasonable degree of medical probability. Alternatively, and/or in addition, Plaintiff has significant and permanent loss of an important bodily function, and/or significant and permanent scarring or disfigurement.

WHEREFORE, Plaintiff, DONAVON C. FLETCHER, demands judgment against Defendant, MANUEL RAMIREZ VALDEZ, for damages, costs, interest and such other relief as this Court deems just and proper. Further, Plaintiff demands trial by jury on all issues.

## COUNT II
## (DONAVON C. FLETCHER v. EAGLE TRANSPORTATION, LLC)

12.     Plaintiff, DONAVON C. FLETCHER, realleges paragraphs one (1) through nine (9) as to Defendant, EAGLE TRANSPORTATION, LLC

13.     Defendant, EAGLE TRANSPORTATION, LLC, is vicariously liable for any negligence of Defendant, MANUEL RAMIREZ VALDEZ, pursuant to the Florida Dangerous

2

Instrumentality Doctrine.

14. Defendant, EAGLE TRANSPORTATION, LLC, is vicariously liable for any negligence of Defendant, MANUEL RAMIREZ VALDEZ, pursuant to the Respondent Superior.

15. As a result of the aforesaid negligence, Plaintiff, DONAVON C. FLETCHER, has suffered bodily injury and/or aggravation of a preexisting condition and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are either permanent or continuing, and Plaintiff, DONAVON C. FLETCHER, will suffer the losses in the future. Some or all of the injuries sustained are permanent within a reasonable degree of medical probability. Alternatively, and/or in addition, Plaintiff has significant and permanent loss of an important bodily function, and/or significant and permanent scarring or disfigurement.

WHEREFORE, Plaintiff, DONAVON C. FLETCHER, demands judgment against Defendant, EAGLE TRANSPORTATION, LLC, for damages, costs, interest and such other relief as this Court deems just and proper. Further, Plaintiff demands trial by jury on all Issues.

Dated this 20 day of May , 2019.

DISMUKE LAW

By:

David C. Dismuke, B.C.S.
Florida Bar No. 0487619
1920 South Florida Ave.
Lakeland, Florida 33803
(863) 225-5567
david@dismukelaw.com
frontdesk@dismukelaw.com
ATTORNEY FOR PLAINTIFF

3